IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Earls, Derrick

Printed: 9/30/08

Case Number: 08 B 02410
Judge: Squires, John H
Filed: 2/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 20, 2008
Confirmed: May 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,103.54 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,031.81 |
| Trustee Fee: |  | 71.73 |
| Other Funds: |  | 0.00 |
| Totals: | 1,103.54 | 1,103.54 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,873.00 | 1,031.81 |
| 2. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 3. | Rescap Mortgage | Secured | 31,820.87 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 293.62 | 0.00 |
| 5. | U.S. Department Of Education | Unsecured | 4,791.02 | 0.00 |
| 6. | Midland Credit Management | Unsecured | 1,102.50 | 0.00 |
| 7. | Capital One | Unsecured | 1,604.78 | 0.00 |
| 8. | Nuvell Credit Company LLC | Unsecured | 9,248.38 | 0.00 |
| 9. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 10. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 11. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 12. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 13. | First Bank Of Marin | Unsecured |  | No Claim Filed |
| 14. | Account Recovery Service | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 51,734.17 | $ 1,031.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 71.73 |
|  | _____ |
|  | $ 71.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Earls, Derrick

Printed:  9/30/08

Case Number:  08 B 02410
Judge:  Squires, John H
Filed:  2/2/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

